UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OPHELIA WEBB and
YOLANDA BLOUNT,

      Plaintiffs,              CASE NO.: 3:23-cv-00898-MMH-LLL

v.

BAPTIST HEALTH SYSTEM, INC.,
BAPTIST MEDICAL CENTER
OF THE BEACHES, INC., BAPTIST
MEDICAL CENTER OF NASSAU, INC.,
BAPTIST MEDICAL CENTER OF
CLAY, INC., SOUTHERN BAPTIST
HOSPITAL OF FLORIDA, INC. and
BAPTIST HEALTH SYSTEM
FOUNDATION, INC.,

      Defendants.
_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, BAPTIST HEALTH SYSTEM, INC., BAPTIST MEDICAL CENTER OF THE BEACHES, INC., BAPTIST MEDICAL CENTER OF NASSAU, INC., BAPTIST MEDICAL CENTER OF CLAY, INC., SOUTHERN BAPTIST HOSPITAL OF FLORIDA, INC. and BAPTIST HEALTH SYSTEMFOUNDATION, INC. ("Defendants"), makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any

4

publicly held corporation owning 10% or more of its stock or state there is no such corporation:

There is no such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

Not applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

- Ophelia Webb, Plaintiffs

- Yolanda Blount, Plaintiffs

- The Leach Firm, PA, Counsel for Plaintiffs

- Carlos Leach, Counsel for Plaintiffs

- Sanford Law Firm, PLLC, Counsel for Plaintiffs

- Sean Short, Counsel for Plaintiffs

- Jessica T. Travers, Counsel for Defendants

- Littler Mendelson, P.C., Counsel for Defendants

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

- Defendant Baptist Health System, Inc.

- Defendant Baptist Medical Center of the Beaches, Inc.

- Defendant Baptist Medical Center of Nassau, Inc.

- Defendant Southern Baptist Hospital of Florida, Inc.

- Baptist Health System Foundation, Inc.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   Not applicable.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   None.

6. Identify each person arguably eligible for restitution:

   Plaintiff Ophelia Webb

   Plaintiff Yolanda Blount

   Defendant Southern Baptist Hospital of Florida, Inc.

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

<table>
<tr><td>Dated: August 30, 2023</td><td>Respectfully submitted,<br>LITTLER MENDELSON P.C.<br>111 North Orange Avenue<br>Suite 1750<br>Orlando, Florida 32801.2366<br>Telephone:  407.393.2900<br>Facsimile:   407.393.2929<br><br>By: <u>*/s/ Jessica Travers*</u><br>Jessica T. Travers<br>Florida Bar No. 18129<br>LEAD COUNSEL<br>Email: <u>jtravers@littler.com</u><br><br>*Attorneys for Defendants*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August 2023, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will automatically send a Notice of Electronic Filing to Counsel of Record.

*/s/ Jessica T. Travers*
Jessica T. Travers

**Service List**

THE LEACH FIRM, PA
1560 N. Orange Ave., Suite 600
Winter Park, Florida 32789
Telephone: (844) 722-7567
Carlos Leach - LEAD COUNSEL
Fla. Bar No. 0540021
Email: cleach@theleachfirm.com
Edward Winp
Fla. Bar No. 1015586
Email: ewimp@theleachfirm.com


SANFORD LAW FIRM, PLLC Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510 Little Rock,
Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

4877-2304-4473.1 / 114620-1000