IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**OPHELIA WEBB and YOLANDA BLOUNT,**  **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

vs.　　　　　　　No. 3:23-cv-898-MMH-LLL

**BAPTIST HEALTH SYSTEM, INC., BAPTIST**　　**DEFENDANTS**
**MEDICAL CENTER OF THE BEACHES, INC.,**
**BAPTIST MEDICAL CENTER OF NASSAU, INC.,**
**BAPTIST MEDICAL CENTER OF CLAY, INC.,**
**SOUTHERN BAPTIST HOSPITAL OF FLORIDA, INC.**
**and BAPTIST HEALTH SYSTEM FOUNDATION, INC.**

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:[1]

　　OPHELIA WEBB – Plaintiff
　　YOLANDA BLOUNT – Plaintiff
　　Sean Short, Esquire – Counsel for Plaintiff
　　Sanford Law Firm, PLLC – Counsel for Plaintiff

---

[1] A party should not routinely list the assigned District Judge or Magistrate Judge as an interested person absent some non-judicial interest.

Page 1 of 4
Ophelia Webb, et al. v. Baptist Health System, Inc., et al.
U.S.D.C. (M.D. Fla.) Case No. 3:23-cv-898-MMH-LLL
Certificate of Interested Persons and
Corporate Disclosure Statement

      Edward W. Wimp, Esquire – Counsel for Plaintiff
      Carlos V. Leach, Esquire – Counsel for Plaintiff
      The Leach Firm, P.A. – Counsel for Plaintiff
      Jessica T. Travers, Counsel for Defendants
      Littler Mendelson, P.C., Counsel for Defendants
      BAPTIST HEALTH SYSTEM, INC. – Defendant
      BAPTIST MEDICAL CENTER OF THE BEACHES, INC. – Defendant
      BAPTIST MEDICAL CENTER OF NASSAU, INC. – Defendant
      BAPTIST MEDICAL CENTER OF CLAY, INC. – Defendant
      SOUTHERN BAPTIST HOSPITAL OF FLORIDA, INC. – Defendant
      BAPTIST HEALTH SYSTEM FOUNDATION, INC. – Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:
      None Known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):
      None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:
      OPHELIA WEBB, Plaintiff
      YOLANDA BLOUNT, Plaintiff

5. Check one of the following:
    __X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or -

    _____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:
    [insert explanation]

Dated this 30th day of August, 2023.

Page 2 of 4
Ophelia Webb, et al. v. Baptist Health System, Inc., et al.
U.S.D.C. (M.D. Fla.) Case No. 3:23-cv-898-MMH-LLL
Certificate of Interested Persons and
Corporate Disclosure Statement

Respectfully submitted,

**OPHELIA WEBB and YOLANDA BLOUNT,
Each Individually and on Behalf of All Others Similarly Situated,
PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short– LEAD COUNSEL
Ark. Bar No. 2015079
sean@sanfordlawfirm.com
Admitted *Pro Hac Vice*

THE LEACH FIRM, PA
Wells Fargo Building
631 South Orlando Avenue, Suite 300
Winter Park, Florida 32789
Telephone: (844) 722-7567

Carlos Leach – LOCAL COUNSEL
Fla. Bar No. 0540021
cleach@theleachfirm.com

Page 3 of 4
Ophelia Webb, et al. v. Baptist Health System, Inc., et al.
U.S.D.C. (M.D. Fla.) Case No. 3:23-cv-898-MMH-LLL
Certificate of Interested Persons and
Corporate Disclosure Statement

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>30th</u> day of August, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: all counsel of record.

*/s/ Sean Short*
**Sean Short**

**Page 4 of 4**
**Ophelia Webb, et al. v. Baptist Health System, Inc., et al.**
**U.S.D.C. (M.D. Fla.) Case No. 3:23-cv-898-MMH-LLL**
**Certificate of Interested Persons and**
**Corporate Disclosure Statement**