**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

OPHELIA WEBB and
YOLANDA BLOUNT, each
individually and on behalf of all
others similarly situated,

      Plaintiffs,

v.                                                Case No. 3:23-cv-898-MMH-LLL

SOUTHERN BAPTIST HOSPITAL
OF FLORIDA, INC.,

      Defendant.

## ORDER TO SHOW CAUSE

The parties are directed to **show cause** by a written response filed on or before **November 3, 2023**, why this case should not be **dismissed** for lack of prosecution pursuant to Local Rule 3.10, or **sanctions** imposed due to the parties' failure to file a Case Management Report within the time prescribed by Local Rule 3.02.[1]

---

[1] The parties are reminded that pursuant to Local Rule 3.02(a)(2), they must utilize the unform case management report form on the Court's website.

The parties are cautioned that failure to respond to this order may result in the **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of October, 2023.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record