IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**OPHELIA WEBB and YOLANDA BLOUNT,**            **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

vs.              No. 3:23-cv-898-MMH-LLL

**SOUTHERN BAPTIST HOSPITAL**              **DEFENDANT**
**OF FLORIDA, INC.**

### PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER – ECF No. 16

Plaintiffs Ophelia Webb and Yolanda Blount ("Plaintiffs"), by and through their undersigned counsel, for their Response to Show Cause Order – ECF No. 16, hereby states as follows:

Plaintiffs' counsel apologizes to the Court for their failure to timely conduct the planning conference required by the Federal Rules of Civil Procedure and file a Case Management Report within the time prescribed by Local Rule 3.02. This failure was not willful but rather resulted from a calendaring error. Plaintiffs' lead counsel, who takes sole responsibly for the prosecution of this case, did not get the deadline calendared because the Notice of Local Rule 3.02(a)(2), ECF No. 6, was entered before his Motion to

Appear *Pro Hac Vice*, ECF No. 7, was granted. As a result, the ECF that would have triggered an internal process on Plaintiffs' counsels end that would have calendared the deadline did not occur.

Plaintiffs' counsel is in the process of preparing a draft Case Management Report and will initiate contact with Defendant's counsel so that the parties can schedule a time to conduct their planning conference as soon as possible.

Plaintiffs have every intention of fully prosecuting this case and respectfully request the Court not dismiss this matter for lack of prosecution or impose sanctions for their failure to file a Case Management Report. Plaintiffs' further request that the deadline for the parties to submit their Case Management Report be extended until November 3, 2023.

Respectfully submitted,

**PLAINTIFFS OPHELIA WEBB and YOLANDA BLOUNT**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short– LEAD COUNSEL
Ark. Bar No. 2015079
sean@sanfordlawfirm.com
Admitted *Pro Hac Vice*

THE LEACH FIRM, PA
Wells Fargo Building
631 South Orlando Avenue, Suite 300
Winter Park, Florida 32789
Telephone: (844) 722-7567

Carlos Leach – LOCAL COUNSEL
Fla. Bar No. 0540021
cleach@theleachfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: all counsel of record.

*/s/ Sean Short*
**Sean Short**