## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

OPHELIA WEBB and YOLANDA
BLOUNT,

     Plaintiff,

v.

SOUTHERN BAPTIST HOSPITAL OF
FLORIDA, INC.,

     Defendant.

CASE NO.: 3:23-CV- 00898-MMH-LLL

### DEFENDANT'S RESPONSE TO THE COURT'S
### OCTOBER 20, 2023 ORDER

Defendant, SOUTHERN BAPTIST HOSPITAL OF FLORIDA, INC. ("DEFENDANT"), responds to the Court's October 20, 2023, Order and states the following as good cause:

1.     On August 4, 2023, the Court entered a Notice of Local Rule 3.02(a)(2), which requires every party to file a case management report. The Notice requested that the parties file the report within 40 days of Defendant's appearance.

2.     This Notice was entered prior to the date on which Defendant was served and entered its appearance. As a result, Defendant's counsel did not timely and correctly calendar the deadline.

3.      Undersigned counsel's deficiency in comply with the Court's Notice and Local Rule 3.02 was inadvertent and not the result of intentional disregard for the Court's Notice or its Local Rules.

4.      Parties' counsel conferred and prepared a case management report, which will be filed concurrently with this response. Defendant has meritorious defenses to Plaintiff's FLSA claims and fully intends to vigorously defend itself in this action.

5.      Thus, Defendant respectfully requests that the Court accept the parties' November 3, 2023, case management report and discharge the Order as to Defendant without imposition of sanctions.

Dated:          November 3, 2023          Respectfully submitted,


*/s/ Jessica T. Travers*
Jessica T. Travers
Florida Bar No.: 18129
jtravers@littler.com

LITTLER MENDELSON, P.C.
111 North Orange Avenue
Suite 1750
Orlando, FL  32801.2366
Telephone:    407.393.2900
Facsimile:    407.393.2929

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this this 3rd day of November, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will automatically send a Notice of Electronic Filing to Counsel of Record.


*/s/ Jessica T. Travers*
Jessica T. Travers

## SERVICE LIST

THE LEACH FIRM, PA
1560 N. Orange Ave., Suite 600
Winter Park, Florida 32789
Telephone: (844) 722-7567
Carlos Leach - LEAD COUNSEL
Fla. Bar No. 0540021
Email:   cleach@theleachfirm.com
Edward Winp
Fla. Bar No. 1015586
Email: ewimp@theleachfirm.com

SANFORD LAW FIRM, PLLC Kirkpatrick
Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

4891-5464-2829.1 / 114620-1016