# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

OPHELIA WEBB and YOLANDA BLOUNT,

    Plaintiff,

v.

SOUTHERN BAPTIST HOSPITAL OF FLORIDA, INC.,

    Defendant.

CASE NO.: 3:23-CV- 00898-MMH-LLL

## NOTICE OF SELECTION OF MEDIATOR

The parties, pursuant to this Court's Case Management and Scheduling Order [Dkt. 22], notify the Court that the parties have agreed that the mediation conference in this matter shall be held with Mediator Mark Heilig, Esq.  The parties are in the process of selecting a date and time for the mediation conference and request through Friday, February 2, 2024, to submit an updated notice of mediation.[1]

---

[1] Defendant's representative just returned from a leave of absence, which delayed discussions about the parties' availability.

Dated: January 29, 2024          Respectfully submitted,

                              THE LEACH FIRM, PA
                              Wells Fargo Building
                              631 South Orlando Avenue, Suite 300
                              Winter Park, Florida 32789
                              Telephone: (844) 722-7567

                              Carlos Leach – LEAD COUNSEL
                              Fla. Bar No. 0540021
                              cleach@theleachfirm.com

                              SANFORD LAW FIRM, PLLC
                              Kirkpatrick Plaza
                              10800 Financial Centre Pkwy, Suite 510
                              Little Rock, Arkansas 72211
                              Telephone: (501) 221-0088
                              Facsimile: (888) 787-2040

                              */s/ Sean Short*
                              Sean Short
                              Ark. Bar No. 2015079
                              sean@sanfordlawfirm.com
                              Admitted *Pro Hac Vice*

                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this this 29th day of January, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will automatically send a Notice of Electronic Filing to Counsel of Record.

*/s/ Sean Short*
Sean Short