# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

OPHELIA WEBB and YOLANDA BLOUNT,

    Plaintiff,

v.

SOUTHERN BAPTIST HOSPITAL OF FLORIDA, INC.,

    Defendant.

CASE NO.: 3:23-CV- 00898-MMH-LLL

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the parties have agreed to conduct mediation in this action on Thursday, March 21, 2024, at 1:00 p.m. ET before mediator Mark Heilig, Esq.

Dated:   March 1, 2024             Respectfully submitted,

*/s/ Jessica T. Travers*
Jessica T. Travers
jtravers@littler.com

LITTLER MENDELSON, P.C.
111 North Orange Avenue
Suite 1750
Orlando, FL  32801.2366
Telephone: 407.393.2900
Facsimile:  407.393.2929

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this this 1st day of March, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will automatically send a Notice of Electronic Filing to Counsel of Record.

/s/ Jessica T. Travers
Jessica T. Travers

4875-4376-6952.1 / 114620-1016