IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**OPHELIA WEBB and YOLANDA BLOUNT**           **PLAINTIFFS**

vs.                        No. 3:23-cv-898-MMH-LLL

**SOUTHERN BAPTIST HOSPITAL**                **DEFENDANT**
**OF FLORIDA, INC.**

## STATUS REPORT AND NOTICE OF SETTLEMENT

Plaintiffs and Defendant submit this Joint Status Report and Notice of Settlement to apprise the Court that on March 21, with the assistance of mediator Mark Heilig, Esq., the parties were able to reach a settlement in principle that will resolve all claims asserted by Plaintiffs. The monetary terms of the settlement have been finalized, but the parties are still in the process of finalizing all the non-monetary terms. The parties expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Dated this 16th day of April, 2024.

Respectfully submitted,

THE LEACH FIRM, PA
Wells Fargo Building
631 South Orlando Avenue, Suite 300
Winter Park, Florida 32789
Telephone: (844) 722-7567

Carlos Leach – LEAD COUNSEL
Fla. Bar No. 0540021
cleach@theleachfirm.com

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900

*/s/Jessica T. Travers (w/permission)*
Jessica T. Travers
Fla. Bar No. 0540021
jtravers@littler.com

*Attorneys for Defendant*

2

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>16th</u> day of April, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CMECF system which will send a notice of electronic filing to: all counsel of record.

<u>/s/ Sean Short</u>
**Sean Short**