UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OPHELIA WEBB and
YOLANDA BLOUNT, each
individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.                                                                                   Case No.   3:23-cv-898-MMH-LLL

SOUTHERN BAPTIST HOSPITAL
OF FLORIDA, INC.,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Status Report and Notice of Settlement (Dkt. No. 26; Notice) filed on April 16, 2024.  In the Notice, the parties advise the Court that they have reached a settlement in this matter. See Notice at 1.  Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **June 17, 2024**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **June 17, 2024**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for November 18, 2024, is cancelled, and this case is removed from the December 2024, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of April, 2024.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record