IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**OPHELIA WEBB and YOLANDA BLOUNT**  　　　　　　　**PLAINTIFFS**

vs.　　　　　　　　No. 3:23-cv-898-MMH-LLL

**SOUTHERN BAPTIST HOSPITAL**　　　　　　　　　　**DEFENDANT**
**OF FLORIDA, INC.**

### JOINT MOTION FOR EXTENSION OF TIME
### TO FILE DISMISSAL DOCUMENTS

Plaintiffs Ophelia Webb and Yolonda Blount, and Defendant Southern Baptist Hospital of Florida, Inc., by and through their undersigned counsel, submit the following Motion for Extension of Time to File Dismissal Documents:

1.　On April 16, the Parties filed a Status Report and Notice of Settlement wherein the Parties stated they had reached a settlement in principle. *See* ECF No. 26.

2.　The Court acknowledged the Parties' settlement and entered an Order setting the deadline for filing a joint stipulation of dismissal or other appropriate documents by June 17. *See* ECF No. 27.

3.　On June 17, the Parties submitted their Joint Motion for Extension of Time to File Dismissal Documents, stating that the Parties had

1

drafted a settlement document but required additional time in order to edit the document to the satisfaction of all Parties. *See* ECF No. 28.

4. The Parties continue to edit the settlement agreement document and have made significant progress, but require additional time to finalize and execute the agreement.

5. Accordingly, the Parties request that the Court allow them an additional thirty (30) days from the filing of this Motion for Extension to finalize their agreement and for the Parties to file dismissal documents.

WHEREFORE, premises considered, the Parties respectfully request that the Court extend the deadline for the Parties' filing of dismissal documents to August 17, 2024.

Dated this 17th day of July, 2024.

    Respectfully submitted,

    THE LEACH FIRM, PA
    Wells Fargo Building
    631 South Orlando Avenue, Suite 300
    Winter Park, Florida 32789
    Telephone: (844) 722-7567

    Carlos Leach – LEAD COUNSEL
    Fla. Bar No. 0540021
    cleach@theleachfirm.com

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com
Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900

*/s/Jessica Travers*
Jessica T. Travers
Fla. Bar No. 0540021
jtravers@littler.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of July, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: all counsel of record.

*/s/* Sean Short
**Sean Short**

3