IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**OPHELIA WEBB and YOLANDA BLOUNT**               **PLAINTIFFS**

vs.                    No. 3:23-cv-898-MMH-LLL

**SOUTHERN BAPTIST HOSPITAL**                     **DEFENDANT**
**OF FLORIDA, INC.**

### JOINT MOTION FOR EXTENSION OF TIME
### TO FILE DISMISSAL DOCUMENTS

Plaintiffs Ophelia Webb and Yolonda Blount, and Defendant Southern Baptist Hospital of Florida, Inc., by and through their undersigned counsel, submit the following Motion for Extension of Time to File Dismissal Documents:

1. The Parties have finalized their agreements but require more time to execute the agreements and to perform as contemplated under the agreements.

2. Accordingly, the Parties request that the Court allow them an additional thirty (30) days from the filing of this Motion for Extension to finalize their agreement and for the Parties to file dismissal documents.

3. The Parties anticipate that this will be the last such request for an extension.

WHEREFORE, premises considered, the Parties respectfully request that the Court extend the deadline for the Parties' filing of dismissal documents to September 16, 2024.

Dated this 15th day of August, 2024.

        Respectfully submitted,

        THE LEACH FIRM, PA
        Wells Fargo Building
        631 South Orlando Avenue, Suite 300
        Winter Park, Florida 32789
        Telephone: (844) 722-7567

        Carlos Leach – LEAD COUNSEL
        Fla. Bar No. 0540021
        cleach@theleachfirm.com

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088

        */s/ Sean Short*
        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com
        Admitted *Pro Hac Vice*

        *Attorneys for Plaintiff*

        LITTLER MENDELSON, P.C.
        111 North Orange Avenue, Suite 1750
        Orlando, Florida 32801
        Telephone: (407) 393-2900

>*/s/Jessica T. Travers (w/permission)*
>Jessica T. Travers
>Fla. Bar No. 0540021
>jtravers@littler.com
>
>*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CMECF system which will send a notice of electronic filing to: all counsel of record.

>*/s/* Sean Short
>**Sean Short**

3