**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

OPHELIA WEBB and
YOLANDA BLOUNT,

     Plaintiff,

v.

SOUTHERN BAPTIST
HOSPITAL OF FLORIDA, INC.,

     Defendant.

CASE NO.: 3:23-CV- 00898-MMH-LLL

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Ophelia Webb and Yolonda Blount, and Defendant Southern Baptist Hospital of Florida, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of these matters with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiffs received full compensation on their FLSA claim and no compromise was involved. Therefore, no judicial scrutiny is required. *See Siena v. Morris Publishing Group, LLC,* No. 3:08-cv-491, 2008 WL 4097600, at *1 (M.D. Fla. Sept. 4, 2008).

Respectfully submitted this 11th day of September, 2024.


*/s/ Sean Short*
Sean Short
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy,
Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Ark. Bar No. 2015079
sean@sanfordlawfirm.com
Admitted *Pro Hac Vice*

Carlos Leach – LEAD COUNSEL
THE LEACH FIRM, PA
Wells Fargo Building
631 South Orlando Avenue,
Suite 300
Winter Park, Florida 32789
Telephone: (844) 722-7567
Carlos Leach – LEAD COUNSEL
Fla. Bar No. 0540021
cleach@theleachfirm.com


*Attorneys for Plaintiff*

*/s/ Jessica T. Travers*
Jessica T. Travers
jtravers@littler.com

LITTLER MENDELSON, P.C.
111 North Orange Avenue
Suite 1750
Orlando, FL  32801.2366
Telephone: 407.393.2900
Facsimile:  407.393.2929

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this this 11th day of September, 2024, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will automatically send a Notice of Electronic Filing to Counsel of Record.


*/s/ Jessica T. Travers*
Jessica T. Travers