UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OPHELIA WEBB and
YOLANDA BLOUNT, each
individually and on behalf of all
others similarly situated,

      Plaintiffs,

v.                                           Case No.   3:23-cv-898-MMH-LLL

SOUTHERN BAPTIST HOSPITAL
OF FLORIDA, INC.,

      Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 36; Stipulation) filed on September 11, 2024.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of September, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record